UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE MARIE WILLIAMS<br>2515 Savannah Street, S.E.<br>Washington, DC 20020<br><br>      Plaintiff,<br><br>      v.<br><br>UNITY HEALTH CARE, INC.,<br>UPPER CARDOZO HEALTH CENTER,<br>DR. REGINALD SHELBY, DDS,<br>3020 14th Street, NW<br>Washington, DC 20009-6865<br><br>      Defendants, | Civil No.<br><br>(On removal from the Superior Court<br>of the District of Columbia;<br>Case No. 06-CA-3750) |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

     Defendants, Unity Health Care, Inc., Upper Cardozo Health Center, and Dr. Reginald Shelby, DDS, through the undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.  In support of this Notice, Defendant states as follows:

     1.     The above entitled action was filed on May 18, 2006, in the Superior Court of the District of Columbia, Civil Division, Civil Action No. 06-CA-3750.  A copy of the Complaint is attached hereto as Exhibit A.

     2.     This notice of removal is brought pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.  28 U.S.C. § 1442(a)(1) provides that any civil action commenced in a state court against the United States or any agency or officer thereof may be removed to the district court of the United States for the district and division where it is pending.  Id.

     3.     To the extent the complaint can be deciphered, plaintiff appears to be bringing forth a tort action against Defendants for malpractice when Dr. Reginald Shelby allegedly treated

plaintiff and removed her tooth.  See Exhibit A.

4. By operation of the Public Health Services Act (PHS), 42 U.S.C. § 233, as amended by the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233(g)-(n), Unity Health Care, Inc., Upper Cardozo Health Center, and Dr. Reginald Shelby, DDS, are deemed to be employees of the federal government for purposes of the Federal Torts Claims Act (FTCA) medical malpractice liability coverage.  See Exhibit B.  Accordingly, 28 U.S.C. § 1442(a)(1) provides a basis for removal of this action.

4. On August 22, 2006, a Notice of Filing of Notice of Removal was filed in the Superior Court of the District of Columbia advising that Court that, pursuant to 28 U.S.C. § 1446(d), it "shall proceed no further unless and until the [matter] is remanded."  The Notice of Filing of Notice of Removal is attached hereto as Exhibit C.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) and 1446.

August 22, 2006                              Respectfully submitted,

_____/s/_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney

_____/s/_____
ERIC J. JANSON
Special Assistant United States
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-9150

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2006, I caused the foregoing Notice of Removal to be served by first-class mail, postage prepaid, on:

Joyce Marie Williams
2515 Savannah Street, S.E.,
Washington, DC 20020

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W., Rm. E4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)