SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOYCE MARIE WILLIAMS<br>2515 Savannah Street, S.E.<br>Washington, DC 20020<br><br>   Plaintiff,<br><br>  v.<br><br>UNITY HEALTH CARE, INC.,<br>UPPER CARDOZO HEALTH CENTER,<br>DR. REGINALD SHELBY, DDS,<br>3020 14th Street, NW<br>Washington, DC 20009-6865<br><br>   Defendants, | Case No. 06-CA-3750 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:
 Duane B. Delaney, Clerk
 D.C. Superior Court
 500 Indiana Avenue, NW
 Washington, DC 20001

To: Joyce Marie Williams
 2515 Savannah Street, S.E.,
 Washington, DC 20020

 PLEASE TAKE NOTE that the United States Attorney General, on behalf of Defendants, Unity Health Care, Inc. and Dr. Reginald Shelby, DDS, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal pursuant to 28 U.S.C. §§1442(a)(1) and 1446.  See attached.  Regarding this case, the Superior Court of the District of Columbia "shall proceed no further unless and until the [matter] is remanded." See 28 U.S.C. § 1446(d).  A copy of the Notice of Removal (and attachments) are attached.

August 22, 2006                             _____/s/_____
                                            KENNETH L.  WAINSTEIN., D.C.  Bar #451058
                                            United States Attorney


                                            _____/s/_____
                                            RUDOLPH CONTRERAS D.C. Bar No.  434122
                                            Assistant United States Attorney


                                            _____/s/_____
                                            ERIC J. JANSON
                                            Special Assistant United States
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20530
                                            (202) 514-9150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal and Notice of Filing of Notice of Removal has been made by hand-delivering a copy thereof to:

Duane B. Delaney, Clerk
D.C. Superior Court
500 Indiana Avenue, NW
Washington, DC 20001

and by delivering a copy by first-class mail, postage prepaid to:

Joyce Marie Williams
2515 Savannah Street, S.E.,
Washington, DC 20020

on this 22nd day of August, 2006

_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)