## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOYCE MARIE WILLIAMS | ) | |
| 2515 Savannah Street, S.E. | ) | |
| Washington, DC 20020 | ) | |
| | ) | |
| _____Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-1486 (JDB) |
| | ) | |
| UNITY HEALTH CARE, INC., | ) | |
| UPPER CARDOZO HEALTH CENTER, | ) | |
| DR. REGINALD SHELBY, DDS, | ) | |
| 3020 14th Street, NW | ) | |
| Washington, DC 20009-6865 | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move the Court for an extension of time to October 30, 2006, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to LCvR 7(m), counsel was unable to reach Plaintiff to obtain her consent for the requested extension. Accordingly, Defendants cannot represent Plaintiff's position on this motion. A scheduling order has not been entered in this case. This is Defendants' first request for an extension of time.

There is good cause for the Court to grant this motion. This case was originally filed in the Superior Court of the District of Columbia, but was removed to the District Court on August 23, 2006. Fed. R. Civ. P. 81(c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer. Here, Defendants filed a notice of removal on August 23, 2006. Accordingly, the deadline for Defendants to respond to

Plaintiff's Complaint is on August 30, 2006, five business days after the petition for removal.

See Fed. R. Civ. P. 81(c); Fed. R. Civ. P. 6(a) ("when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.").

Defendants request that it be granted 60 days to respond to Plaintiff's Complaint.[1]  Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3).  More importantly, Defendants' counsel needs the additional time to become familiar with the issues and evaluate the merit of Plaintiff's claim.

Accordingly, Defendants respectfully request that the Court grant a 60-day extension of time for Defendants to respond to Plaintiff's Complaint.

Dated: August 24, 2006                    Respectfully Submitted,

_____            _____/s/_____
                                   KENNETH L. WAINSTEIN, D.C. Bar #451058
                                   United States Attorney


                                   _____/s/_____
                                   RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                   Assistant United States Attorney

                                   _____/s/_____
                                   ERIC J. JANSON
                                   Special Assistant United States Attorney


                                   Attorneys for Defendants

_____

[1] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. As such, Defendant does not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOYCE MARIE WILLIAMS | ) | |
| 2515 Savannah Street, S.E. | ) | |
| Washington, DC 20020 | ) | |
| | ) | |
| _____Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-1486 (JDB) |
| | ) | |
| UNITY HEALTH CARE, INC., | ) | |
| UPPER CARDOZO HEALTH CENTER, | ) | |
| DR. REGINALD SHELBY, DDS, | ) | |
| 3020 14th Street, NW | ) | |
| Washington, DC 20009-6865 | ) | |
| | ) | |
| Defendants, | ) | |
| _____) | | |

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2006, ORDERED that Defendant's Motion for

an Extension of Time be and is hereby GRANTED; and it is FURTHER ORDERED that

Defendants shall have up to and including October 30, 2006, to answer or otherwise respond to

Plaintiff's Complaint.

SO ORDERED.

_____
John D. Bates
U.S. District Court Judge

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Motion for an Extension of Time has

been made by the Court's Electronic Case Filing System (ECF) and by delivering a copy by first-

class mail, postage prepaid to:

JOYCE MARIE WILLIAMS
2515 Savannah Street, S.E.
Washington, DC 20020

on this 24th day of August 2006.


_____/s/_____
ERIC J. JANSON
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)