## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Jaye Marie Williams

**Plaintiff**

vs.

CIVIL ACTION No. 06CA3750

Unity Health Care, Inc.
Dental - upper Cardozo - Agele Cox or John Dempener
Asst. To the CEO

**Defendants**

Amended
**COMPLAINT**

RECEIVED
Civil Clerk's Office
MAY 1 8 2006
Superior Court of the
District of Columbia
Washington, D.C.

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

I went back to the Dental, Dr. Shelby, and he told me the reason why my mouth wont heal, because the hole is still open, and that why it not healing, because the Bone is still in there causing the pain + suffering, and he had to go back in, cut my mouth to push the rest of the Bone out, he then say it should be able to heal, and that why it was not healing right. I would love to change the amount to $60.00

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ _____ with interest and costs.

Phone: _____

**DISTRICT OF COLUMBIA, SS**

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_Jaye Williams_
(Plaintiff)                                                                 Agent)

Subscribed and sworn to before me this _____ day of _____

(Notary Public)

FORM CV-1013/Nov. 00