UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE MARIE WILLIAMS | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 06-1486 (JDB) |
| | ) |
| UNITY HEALTH CARE, INC., | ) |
| UPPER CARDOZO HEALTH CENTER, | ) |
| DR. REGINALD SHELBY, DDS, | ) |
| | ) |
|       Defendants, | ) |
| | ) |

**WESTFALL CERTIFICATION**

     I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Joyce Marie Williams v. Unity Health Care, Inc., et. al., pending in the United States District Court for the District of Columbia, Civil Action No. 06-1486 (JDB), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Dr. Reginald Shelby was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

August 28, 2006                                                        /s/
                                                               RUDOPLH CONTRERAS, D.C. BAR # 434122
                                                               Assistant United States Attorney
                                                                Chief, Civil Division