United States District Court
for the District of Columbia

Joyce Marie Williams
2527 Savannah Street, S.E.
Washington, D.C. 20020

Plaintiff,

06-1486 JDB

Unity Health Care, INC,
Upper Cardozo Health Center,
Dr. Reginald Shelby, DDS,
Washington, D.C. 20009-6865

Defendants,

Plaintiff's motion to dismiss defendant
Dr. Reginald Shelby, DDS,

Dr. Shelby Didn't Damage my mouth, Dr. Syatha Vemuri, DDS pull my teeth, He only correct the Dr. Shelby corrected the mistake that Dr. Syatha Vemuri DDS did.

Dr. Syatha Vemuri, DDS pull my teeth and broke it, And left bone in my mouth, and Dr. Reginald Shelby corrected it. Please dismiss Dr. Reginald Shelby.

Joyce Williams

RECEIVED
SEP 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certification of Service

I, Joyce Williams, will mail a copy of this motion to:

Eric J Janson
Special Assistant United States Attorney
554 4th Street, N.W
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)

September 12, 2006
Joyce Williams
2527 Savannah Street S.E. #2
W.D.C. 20020