U.S. District Court
for D.C.

Joyce Marie Williams

V.

Unity Health Care Inc.

06-1486 JDB

## Plaintiff Motion To Hear Case

When I want to see DR. Vemuri DDS Sujatha, Vemuri, DDS To push my Tooth, she broken my Tooth, and it took 3 week to heal, and I want To Dr Reginald Shelby To Remove the bone on so my mouth could heal, the hole could close up and he told me that why the hole couldn't heal right because, the bone was there, that why it was sore & red, and couldn't heal and close because the pain & suffering what she did to me at South West office at 850 Delaware Ave S.E. Case.

Joyce Marie Williams

RECEIVED
OCT - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I, Joyce M. Williams, will mail a copy of this Motion to Melinda S. Murray 2001 Street, N.W. - Second floor W.D.C. 20036 Will Mail on 10/3/06

Joyce Williams.