UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCE MARIE WILLIAMS,** *pro se*,<br><br>Plaintiff,<br><br>v.<br><br>**UNITY HEALTH CARE, INC., et al.,**<br><br>Defendants. | Civil Action No. 06-1486 (JDB) |

## ORDER

The above-captioned matter came to this Court from the Superior Court of the District of Columbia on August 22, 2006, upon Notice of Removal by all defendants. Plaintiff Joyce Marie Williams is representing herself, pro se. On August 28, 2006, defendants filed a motion to substitute the United States as the sole party defendant in this action. The motion argues that all defendants were acting within the scope of federal employment during the events alleged in the complaint. After defendants' motion was filed, plaintiff filed a motion to dismiss individual defendant Reginald Shelby.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. While defendants' motion is not itself dispositive, if this Court grants the motion and substitutes the United States as the sole party defendant, the provisions of the Federal Tort

Claims Act, 28 U.S.C. §§ 2671-2680, will apply and plaintiff's action will be subject to the same limitations and exceptions applicable to actions brought under the Act in the first instance. See id. § 2679(d)(4).

Accordingly, this Court wishes to advise plaintiff that she must respond to defendants' previously filed motion within fourteen days of the date of this order, i.e., by not later than October 24, 2006. If plaintiff does not respond, the Court will treat the motion as conceded and will substitute the United States as the sole party defendant.

With respect to plaintiff's pending motion to dismiss defendant Shelby, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the claims against Dr. Shelby are DISMISSED without prejudice.

The Court also advises plaintiff that if she wishes to add any additional defendant, she must move for permission of the Court to do so.

SO ORDERED.

/s/ John D. Bates<br>
JOHN D. BATES<br>
United States District Judge

Dated: October 10, 2006