# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOYCE MARIE WILLIAMS** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 06-1486 (JDB)** |
| | ) | |
| **v.** | ) | **ECF** |
| | ) | |
| **UNITY HEALTH CARE, INC. et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

The Clerk of Court will please withdraw the appearance of Special Assistant United States Attorney Eric J. Janson, and enter the appearance of Assistant United States Attorney Michelle N. Johnson, as counsel for Defendant.

_____/s/_____

MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C.  20530
202-514-7139

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Notice of Withdrawal and Entry of Appearance was served

upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed

to:

**JOYCE MARIE WILLIAMS**
2515 Savannah Street, SE
Washington, DC 20020
PRO SE

on this __12th__ day of October, 2006.

_____/s/_____

MICHELLE N. JOHNSON

Assistant United States Attorney

555 4th St., N.W., Room E4212
Washington, D.C.  20530

202-514-7139