UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE MARIE WILLIAMS, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>UNITY HEALTH CARE, INC. et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1486 (JDB) |

### OPPOSITION TO PLAINTIFF'S MOTION TO HEAR CASE

Plaintiff has filed a pro se motion entitled "Plaintiff Motion to Hear Case." [Dckt. #6]. In this motion, Plaintiff sets forth additional facts pertaining to the alleged medical malpractice that occurred regarding her tooth removal. Plaintiff's motion does not set forth any basis for this Court to hold a hearing in this case and should be denied.

Nor is there any justification for a hearing in this matter. This case was originally initiated by Plaintiff on May 18, 2006, in the D.C. Superior Court and was removed by Defendants to this Court on August 22, 2006. On August 24, 2006, Defendants filed a motion for an extension of time to answer or otherwise respond to Plaintiff's complaint, which this Court granted on August 25, 2006, extending the time for Defendants' response until October 30, 2006. Thus, at this time, Defendants have not yet responded to Plaintiff's complaint.

For these reasons, Defendants respectfully submit that Plaintiff's motion should be denied. There is no basis for the Court to convene a hearing in this matter; in fact, Plaintiff's own motion does not set forth any justification for a hearing to be held. Accordingly, Plaintiff's "Motion to Hear Case" should be denied.

Respectfully submitted,

   s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2006, a copy of the foregoing Opposition to Plaintiff's Motion to Hear Case was served by mail, first class and postage pre-paid, on the following:

>Joyce Marie Williams
>2515 Savannah Street, S.E.
>Washington, DC 20020

　　　　　　　　　　　　　　　　　　s/ Michelle N. Johnson
　　　　　　　　　　　　　　　　　MICHELLE N. JOHNSON, D.C. BAR # 491910
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th St., N.W.  Room E4212
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　202-514-7139

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE MARIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1486 (JDB) |
| v. ) | |
| ) | |
| UNITY HEALTH CARE, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of plaintiff's motion to hear case, the opposition thereto, and good cause having been shown, it is this _____ day of _____, 2006,

ORDERED, that plaintiff's motion be, and hereby, is denied.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Joyce Marie Williams, pro se
2515 Savannah Street, S.E.
Washington, DC 20020

Michelle N. Johnson
Assistant U. S. Attorney
555 4th St., N. W., Room E4212
Washington, D.C. 20530