United State District Court
for The District of Columbia

Joyce Marie Williams.
2527 Savannah Street, S.E. #21
Washington D.C. 20020

Plantiff,
V.
Unity Health Care, Inc, etral    06-1486 JDB

Response To Defendents Motion
To substitute:

NO United State, shouldn't be a party to my Case, because they didn't push my teeth and broke it, DR. Syatha Kumari DDS push and broke my teeth in my mouth, and left me with pain + suffering, and that why Mouth couldn't heal, because she left bone in my Mouth and DR shelby Remove the Bone, so I won't suffering and have any more pain, and the hole close up and my Mouth Heal, that why I want you to hear my Case please, about what happen at One Health Care Inc at 850 Delware Ave. S.W. clinic.

Thank you
Joyce M. Williams
God bless

RECEIVED
OCT 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Certification of Service

I, Joyce Williams, williams, will mail a copy of this Motion To:

Michelle Nicole Johnson
United States
Attorney's office
555 4 Street N.W.
Room E-4212
Washington, D.C. 20530

October 23, 2006

Joyce Williams
1527 Savannah Street S.E. #21
Washington, D.C. 20020