UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE MARIE WILLIAMS,         )<br>                               )<br>            Plaintiff,         )<br>                               )     Civil Action No. 06-1486 (JDB)<br>                               )<br>v.                             )<br>                               )<br>UNITY HEALTH CARE, INC. et al.,)<br>                               )<br>            Defendants.        )<br>_____) | |

### DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO SUBSTITUTE THE UNITED STATES AS THE PROPER DEFENDANT

Defendants Unity Health Care, Inc. and Upper Cardozo Health Center,[1] by and through the undersigned counsel, hereby submit their Reply brief in further support of their motion to substitute the United States as the proper defendant in this action.[2]

Plaintiff has filed an opposition to the Defendants' motion to substitute in which she argues that substitution would be improper because "[the United States] didn't push my teeth and broke it, Dr. Syatha Vemuri, DDS push and broke my teeth . . . ." (Plaintiff's Response to Defendants' Motion to Substitute.)  Aside from the fact that the doctor Plaintiff mentions in her response has not been formally named as a defendant in this action, Plaintiff's opposition to Defendants' motion is unfounded and the relevant statutory and case authority establishes that the United States is the proper defendant in this action.

---

[1] On September 11, 2006, Plaintiff filed a Motion to Dismiss Defendant Dr. Reginald Shelby. [Dckt. Entry # 4]. Defendants did not oppose this motion.

[2] Defendants filed their motion to substitute the United States as the proper defendant on August 28, 2006.  Plaintiff failed to respond to this motion in the time allotted by this Court's local rules.  See LCvR 7(b) (requiring an opposition to a motion be filed "[w]ithin 11 days of the date of service . . . .").  On October 10, 2006, the Court issued an Order advising Plaintiff that if she did not respond to Defendants' motion by October 24, 2006, the Court would treat the motion as conceded. [Dckt. Entry #7.]  Plaintiff filed a response to the Defendants' motion on October 23, 2004.

As Defendants previously argued in their opening memorandum of law, although she does not cite the statute, to the extent that Plaintiff alleges a tort claim against the United States, her sole course of action is to pursue her claim pursuant to the Federal Torts Claim Act ("FTCA"), 28 U.S.C. § 2671, et. seq. The FTCA provides for the substitution of the United States as the exclusive defendant whenever federal employees are sued for common law tort claims arising out of actions taken within the scope of their federal employment. 28 U.S.C. § 2679(b)(1).

Furthermore, as Defendants previously asserted, by operation of the Public Health Services Act, 42 U.S.C. § 233, as amended by the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), Unity Health Care, Inc. and Upper Cardozo Health Center are deemed to be employees of the federal government for purposes of the FTCA. Therefore, the United States is properly the sole defendant in this action. 28 U.S.C. § 2679(b)(1); see also Cox v. Secretary of Labor, 739 F. Supp. 28, 29 (D.D.C. 1990) ("The FTCA directs that the exclusive remedy for tort claims is an action against the United States rather than against the individuals or the particular government agencies.") (citations omitted). For these reasons, the Court should substitute the United States as the sole defendant in this matter.

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

          /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2006, a copy of the foregoing Defendants' Reply Brief in Further Support of Their Motion to Substitute the United States as the Proper Defendant was served by mail, first class and postage pre-paid, on the following:

>Joyce Marie Williams
>2515 Savannah Street, S.E.
>Washington, DC 20020

>/s/ Michelle N. Johnson
>MICHELLE N. JOHNSON, D.C. BAR # 491910
>Assistant United States Attorney
>555 4th St., N.W.  Room E4212
>Washington, D.C. 20530
>202-514-7139