# EXHIBIT 1

OCT-27-06   10:24   From:OGC GENERAL LAW DIV. DIV.                              202-205-3560                T-194   P.02/03   Job-121

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joyce Marie Williams,                    )
                                         )
        Plaintiff,                       )
                                         )
            v.                           )       Civil Action No.
                                         )
Unity Health Care, Inc., et al.,         )
                                         )
        Defendants.                      )

DECLARATION OF
RICHARD G. BERGERON

1. I am a Senior Attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services (the "Department"). I am familiar with the official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2. The Department has a Claims Branch that maintains in a computerized database a record of administrative tort claims filed with the Department, including those filed with respect to federally supported health centers that have been deemed to be eligible for Federal Tort Claims Act malpractice coverage.

3. As a consequence, if a tort claim had been filed with the Department with respect to Unity Health Care, Inc., its approved delivery sites, or its employees or qualified contractors, a record of that filing would be maintained in the Claims Branch's database.

4. I caused a search of the Claims Branch's database to be conducted and found no record of an administrative tort claim filed by Joyce M. Williams, or her authorized representative relating to the health center, or Dr. Reginald Shelby.

-2-

5. I have also reviewed official agency records and determined that Unity Health Care, Inc., was deemed eligible for Federal Tort Claims Act malpractice coverage effective October 1, 1996, and that its coverage has continued without interruption since that time. Copies of the notifications by an Assistant Surgeon General, Department of Health and Human Services, to Unity Health Care, Inc., are attached to this declaration as Exhibit 1.

6. Official agency records further indicate that Dr. Reginald Shelby was an employee of Unity Health Care, Inc., at all times relevant to the Plaintiff's claim.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 27th day of October, 2006.

RICHARD G. BERGERON
Senior Attorney, Claims and Employment Law Branch
General Law Division
Office of the General Counsel
Department of Health and Human Services