United States District Court
for The District of Columbia

Joyce Marie Williams

VS                                                06-1486 JDB

Unity Health Care,
    et al

Plaintiffs opposition to defendants Motion To Dismiss or in The Alternative, for Summary Judgment

RECEIVED
NOV - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of The District of Columbia

defedant's cites Lack subject-matter jurisdiction, Then Superior Court trunfer my case over To Federal Court, upper Cardozo Health Care do not Have anything to do with my mouth Dr. Vemuri DDS Sujatha 850 Delwore Ave S.W. W.D.C. push my teeth and broke it, And Dr. Shelbly Remove the bone twice so the Hole can Heal, and the pain + suffering left, I can't sleep the pain was for three week honor Judge, I want her to pay for the damages, when the doctor broke my teeth I've all my papers work, the first time she broke my teeth They kept talking me around from Superior to Federal Court, I been over Superior seven time back and Federal seven, people just Kept giving me running around, also I told them at Small Claim my New address and (excuse) Federal, that why I dont know why me what the problem was your honor Judge Honor Judge I've all my paper work all the time I've been down to Superior + Federal Court and paper from the dental, My law suit $60.000.

                                            Joyce Marie Williams
                                            God bless

Front

That why your honor Judge your should hear my cry, what that DR. did to my mouth.

## Certificate of Service

I, Joyce Marie Williams, will mail a copy of this opposition To:

Michelle N. Johnson
555 4th St. U.W. Room
E 4212
Washington, D.C. 20530
(202) 514-7139

I will mail this on November 2, 2006 VIA first class mail.

Joyce Marie Williams