United States District Court for
The District of Columbia

06-1486JDB

Joyce Marie Williams.
2527 Savannah Street S.E. #21
Washington D.C. 20020

Plantiti

V,

Unity Health Care

Honorable Judge D. Bates,

ALL I ASK for
you to Hear my Case And give me
a Motion for a Grant + a Hearing
please I did everything from Step
by Step to do And MS. Michelle Nicole
Johnson United States Attorney's office
keep dismiss. I've Have All my
Paper Work from day one, when she
the Doctor Syatha Vemri broke my teeth
and half bone in my mouth please Here my
case.

RECEIVED

NOV 08 2006

NANCY MAYER-WHITTINGTON, Clerk
U.S. DISTRICT COURT

Joyce Marie Williams.
2527 Savannah Street S.E. #21
Washington, D.C. 20020

202 678-7847

I just want to be heard, and be treated fair like other people, honor Judge please.

Thank you
God bless

P.S. I've all my papers from, day one, when I first had my teeth push your honor Judge.

# How **Effective** are the **Staff** and **Management** in the Following areas?

**UNITY**
**HEALTH CARE**
www.unityhealthcare.org

Mark "X" in approriate box □

| | Excellent | Fair | Poor |
|---|---|---|---|
| **DID WE....** | | | |
| 1. See you in timely manner? | □ | □ | □✓ |
| 2. Treat you in a friendly and professional manner? | □ | □ | □✓ |
| 3. Meet your needs for care? | □ | □ | □✓ |
| 4. Explain the treatment you received? | □ | □ | □✓ |
| 5. Answer your request promptly? | □ | □ | □✓ |
| 6. Seem well organized in carrying out our work | □ | □ | □✓ |
| 7. Get it right the first time by paying attention to your needs | □ | □ | □✓ |
| **Over All...** | | | |
| 1 How would you rate your overall experience? | □ | □ | □✓ |
| 2 How would you rate the level of customer service you have received? | □ | □ | □✓ |
| 3 How would you compare our standards of customer service with similar healthcare facilities? | □ | □ | □✓ |
| 4 Would you use our healthcare facility again and-or recomend it to someone else? | □ | □ | □✓ |

**I am a....**
☑ Patient  □ Family Menber of Patien □ Visitor □ Other (Please especify)_____

ADDITIONAL INFORMATION including concerns, complements and complains (please write inside the box)

3/16/06, 3/9/06 4/25/06, I told MS. Vamure DDDS Syjektha, that I wanted my teeth pulsh, she was nasty about pushing, she broke my teeth left bone in the hole, causing pain & suffering, and the hole didn't closing in, Dr. Shelly fing the pain & suffering by Removing the bone, the it heal and the pain +suffering left.

Date: 11/6/06        Clinic: Unity Health Care  850 Delaware Ave. S.W.



UNITY
HEALTH CARE
*We treat you well*

[ ] Mail          [ ] Pick Up by _____

## AUTHORIZATION TO RELEASE MEDICAL RECORDS
### PLEASE READ THIS FORM CAREFULLY AND FILL IT OUT COMPLETELY

1.  **I AUTHORIZE:**                              2.  **TO RELEASE TO:**

    South West                                         Michelle N Johnson
    _____                            _____  E4212
    Name of sending facility/provider                  Name of receiving facility/provider

    850 Deleware Ave                                   555 4th St NW Rm#
    _____                            _____
    Street Address                                     Street Address

    Wash  DC  20024                                    Wash  DC  20530
    _____                            _____
    City      State      Zip                           City      State      Zip

3.  **INFORMATION TO BE RELEASED:** (Check as applicable)

    [✓]  Copy of entire medical record for last two years        [ ]  Immunization only
         (includes immunizations)
    [ ]  Information described in Attached Form                   [ ]  Other: _____

4.
    ┌─────────────────────────────────────────────────────────────────────────────┐
    │ **SPECIFIC AUTHORIZATION:** (check boxes that apply and sign)                 │
    │ By signing below, you are authorizing Unity Health Care to release information regarding: │
    │ [ ] Release partial medical record to include only:                          │
    │ Please **EXCLUDE** information regarding: [ ] alcohol use [ ] drug use [ ] mental health [✓] dental [ ] sexual transmitted diseases │
    │ [ ] HIV [ ] AIDS [ ] AIDS Related Complex (ARC) [ ] psychiatric              │
    │ Signature of Patient or Personal Representative:                              │
    └─────────────────────────────────────────────────────────────────────────────┘

5.  **RECORDS FROM THE PERIOD:** _____ / _____ / _____  TO _____ / _____ / _____

6.  **PURPOSE OF DIDSCLOSURE:** (check one only)

    [ ]  Continued Care          [ ]  Insurance Purposes              [✓]  Legal
    [ ]  Personal                [ ]  Workman's Compensation Claim    [ ]  Other: _____

7.  I further understand that this authorization can be revoked at any time except to the extent that disclosure made in good faith has already occurred in reliance on it. I understand that I may refuse to sign this authorization and that Unity cannot condition my treatment upon this release. This authorization will expire within one (1) year unless specified below.

8.  Specification of a date, event, or condition upon which this authorization expires: _____

9.  Unity, its employees and officers and attending physician are released from legal responsibility or liability for the release of the above information to the extent indicated and authorized herein. Please note such information may be re-released without Unity's knowledge or authorization.

10. I understand that a reasonable fee may be charged for duplication of records.

11. The unauthorized disclosure of mental health information violates the provision of the District of Columbia Mental Health Information Act of 1978 (§§ 7-1201.01 to 7-1207.02). All patients have the right to inspect their mental health information. Disclosure of mental health information may be made pursuant to a valid authorization by the client or as provided in Titles III or IV of the Act. The act provides for civil damages and criminal penalties for violation.

    Joyce Marie Williams-          4-18-58        (202) 678-7874
    _____        _____        _____
    Patient Name (Print)           D.O.B.         Daytime phone #

    2527 Savannah Street S.E. #21  11/7/06        (202) 678-01
    _____        _____        _____
    Present Mailing Address        Date

    Washington D.C. 20020          Joyce M. Williams
    _____        _____
    City    State    Zip           Patient Signature/ Personal Representative Signature

### FILE ORIGINAL IN CHART

## Acknowledgement of Receipt

To be completed by the patient, the patient's personal representative or other person designated in the authorization to receive the requested protected health information when the patient, representative or other person appears at the Health Center in person to receive the information.

**I hereby acknowledge that I have received the above requested health information:**

_Joyce Marie Williams_                    _4-18-58_
Name (please print)                              Date of Birth

_Joyce Marie Williams_                    _11/7/06_
Signature                                              Date

(HIPAA 009E-040303)

# UNITY HEALTH CARE, INC.

## RELEASE TO RETURN TO WORK/SCHOOL

MR99.10/25-1

Patient Name _Joyce M. Williams_ DOB _4_/_18_/_1958_

Date of Physical Examination _____ Clinic Site _____

The above mentioned patient has been under my care from _____ to _____

He/she may return to work/school on _____

___ No restrictions          ___ May take Physical Education

___ Light duty only          ___ No Physical Education

___ Limited lifting          ___ May go out for recess

                             ___ May not go out for recess

Remarks: _Mrs Williams had a dental emergency_
_please excuse this absence_

Provider Signature _Dr Reginald Abell_ Date _5/11/06_

Phone Number _____

Address

Clinic Stamp

Name _____

DOB _____ MR# _____ Site _____

1515 Savannah St., SE #21
Washington, DC 20020

November 8, 2006

DC Federal Court
333 Constitution Ave., NW
Washington, DC 20001

Your Honorable Judge D. Bates,

I am writing to request your attention and discretion to my case. On three separate occasions (3/9/06, 3/16/06, 4/25/06) I was seen by Dr. Sujatha Vemuri, DDS at Unity Health Care, Inc. located at 850 Delaware Ave, S.W. for dental work. During my first visit, Dr. Vemuri removed one of my teeth, and the healing process took three weeks. I returned for a second visit with Dr. Vemuri to request that she remove another tooth that was causing me pain. Dr. Vemuri treated me unkindly and inappropriately, and told me that I was requesting too much of her. Dr. Vemuri reluctantly pulled the tooth that was bothering me, but broke my tooth in the process. As a result, I experienced unusual pain and my tooth did not heal properly. I returned to Unity Health Care, and saw Dr. Shelby who properly removed the remains of my tooth, and I was relieved from pain and the hole in my mouth healed.

I went to Bread for the City, located at 1640 Good Hope Road, SE, for legal advice regarding my treatment at Unity Health Care. I told them my case, and they told me to take my case to the DC Superior Court Civil Division, and the most I could get was $5,000. I made my claim at the Superior Court for $66,000. My Civil Action Number is 006902-06 M. From the Superior Court, I was transferred to the United States District Court, and my jacket number this is 06-1486JDB. Ms. Michelle Johnson, the attorney who reviewed my case, told me that I did not have sufficient information. She told me that I needed to file a complaint at United Health Care, Inc. before my case could be heard. I followed her advice, and all the advice given to me at Bread for the City. Unfortunately, my case has still been dismissed by Ms. Johnson.

I appreciate your time and consideration of my case.

Sincerely,

Joyce Marie Williams