UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOYCE MARIE WILLIAMS, pro se,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-1486 (JDB)

FILED
MAY 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of defendant's motion to dismiss, or in the alternative, for summary judgment [#12], and the entire record herein, and for the reasons stated in the accompanying memorandum opinion issued on this date, it is this 25th day of May, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#12] is **GRANTED**; it is further

**ORDERED** that plaintiff's motion for hearing [#6] is **DENIED**; and it is further

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

-1-